UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>LYONS PLAZA, LLC,<br><br>  Defendant. | Case Number: 2:21-CV-02056-JMV-JAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Christopher E. Brown and Defendant Lyons Plaza, LLC, by and through their respective counsel, that all claims asserted in the above-captioned action be and are hereby dismissed with prejudice and without costs against either party.

ELIZABETH T. FOSTER, ESQ.  
Attorney for Plaintiff

BY: *Elizabeth T. Foster*  
ELIZABETH T. FOSTER  
22 E. Quackenbush Avenue  
Dumont, NJ  07628  
201-290-5761  
liztlaw@gmail.com

Dated: June 7, 2021

CHIESA SHAHINIAN & GIANTOMASI PC  
Attorneys for Defendant

BY: *Margaret Wood*  
MARGARET WOOD  
One Boland Drive  
West Orange, NJ 07052  
973-530-2063  
mwood@csglaw.com

Dated:  June 7, 2021

4837-7361-2778.v1