UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>LYONS PLAZA, LLC,<br><br>Defendant. | Case Number: 2:21-CV-02056-JMV-JAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Christopher E. Brown and Defendant Lyons Plaza, LLC, by and through their respective counsel, that all claims asserted in the above-captioned action be and are hereby dismissed with prejudice and without costs against either party.

| | |
|---|---|
| ELIZABETH T. FOSTER, ESQ.<br>Attorney for Plaintiff | CHIESA SHAHINIAN & GIANTOMASI PC<br>Attorneys for Defendant |
| BY: *Elizabeth T. Foster*<br>ELIZABETH T. FOSTER<br>22 E. Quackenbush Avenue<br>Dumont, NJ 07628<br>201-290-5761<br>liztlaw@gmail.com | BY: *Margaret Wood*<br>MARGARET WOOD<br>One Boland Drive<br>West Orange, NJ 07052<br>973-530-2063<br>mwood@csglaw.com |
| Dated: June 7, 2021 | Dated: June 7, 2021 |

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 6/9/21

4837-7361-2778.v1